

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of X.M.B.E., a child,    * From the County Court at Law
                                          of Erath County,
                                          Trial Court No. 23CVCC-00119.

No. 11-24-00237-CV                        * February 6, 2025

                                          * Opinion by Trotter, J.
                                          (Panel consists of: Bailey, C.J.,
                                          Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court insofar as it terminated Appellant's parental rights, and we remand this cause to the trial court for further proceedings. Any proceeding on remand must be commenced within 180 days of this court's mandate.